**No. 67005.**—U.S. Divers Co. *v.* United States, protest 61/19511 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiff was sustained.

**No. 67006.**—D. P. Harris Hdw. & Mfg. Co., Inc., et al. *v.* United States, protests 61/7842, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of bicycle horns similiar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

**No. 67007.**—A. W. Faber Castell Pencil Co., Inc., and Import Export Service of N.J. *v.* United States, protests 268308–K and 275731–K (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of clutch or clamp pencils similar in all material respects to those the subject of *J. S. Staedtler, Inc.* v. *United States* (2 Cust. Ct. 484, C.D. 183), the claims of the plaintiffs were sustained.